Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS BANK, LTD. and AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   21 MC 103 (AKH)

JOSEPH MILLS (AND WIFE, ELAINE        Index No.: 08-CV-2329
MILLS)
                                      **NOTICE OF ADOPTION OF ANSWER**
                    Plaintiff(s),     **TO MASTER COMPLAINT**

     -against-                         **ELECTRONICALLY FILED**

AMERICAN EXPRESS BANK,LTD, *et al.*,

                    Defendant(s).
-----------------------------------------------------------X

   PLEASE TAKE NOTICE that Defendants, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

   WHEREFORE, the defendants, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       July 8, 2008

                 Yours etc.,

                 McGIVNEY & KLUGER, P.C.
                 Attorneys for Defendants
                 AMERICAN EXPRESS COMPANY, AMERICAN
                 EXPRESS BANK, LTD and AMERICAN
                 EXPRESS TRAVEL RELATED SERVICES
                 COMPANY, INC.

                 By: _____
                 Richard E. Leff (RL-2123)
                 80 Broad Street, 23rd Floor
                 New York, New York 10004
                 (212) 509-3456

TO:  WORBY GRONER & NAPOLI BERN, LLP
    Plaintiffs Liaison
    In Re Lower Manhattan Disaster Site
    Litigation
    115 Broadway, 12th Floor
    New York, New York 10006
    (212) 267-3700

    All Defense Counsel